UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | CIVIL ACTION<br><br>14-mc-00072<br><br>Related to MDL NO. 2436<br>2:13-md-02436 |
| *THIS DOCUMENT RELATES TO ALL CASES* | HON. LAWRENCE F. STENGEL |

# O R D E R

**AND NOW**, this 1ˢᵗ day of July, 2014, upon consideration of W. Anthony Vernon's motion to quash subpoena (Doc. No. 1) and the Plaintiffs' Steering Committee's Response in Opposition (Doc. No. 5) and after a telephone conference with counsel for the parties, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:


/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.