UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TYLENOL (ACETAMINOPHEN) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | § MDL NO. 2436 § § § 2:13-md-02436 § § HON. LAWRENCE F. STENGEL |
| This Document Relates to: | Civil Action No. 2:12-cv-07263 |
| Rana Terry, as Personal Representative and Administrator of the Estate of Denice Hayes, Deceased, Plaintiff, vs. McNEIL-PPC, Inc., McNeil Consumer Healthcare, and Johnson & Johnson, Inc., Defendants. | § § § § § § § § § § § § § |

**O R D E R**

**AND NOW**, this 20th day of May, 2015, upon consideration of the parties' briefs on the choice of law for plaintiff's punitive damages and wrongful death claims (Doc. No. 33, 35) and after hearing oral argument on this issue, it is hereby **ORDERED** that Alabama law shall apply to all of the plaintiff's claims, as explained in the accompanying opinion.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.